UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANETRIA D. BETTS,              ) | |
| )                               | |
| Plaintiff,       ) | |
| )                               | CIVIL ACTION NO. |
| VS.                                  ) | |
| )                               | 3:15-CV-2016-G (BH) |
| WELLS FARGO HOME MORTGAGE, A ) | |
| DIVISION OF WELLS FARGO BANK, ) | |
| N.A., ET AL.,                     ) | |
| )                               | |
| Defendants.   ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Defendants' motion to dismiss and brief in support, filed February 1, 2016 (docket entry 9) is **GRANTED**.  By separate judgment, the plaintiff's claims against

Cornerstone Mortgage Company will be *sua sponte* dismissed as an improperly joined defendant, and her claims against all other defendants will be **DISMISSED** with prejudice.

    **SO ORDERED**.

July 6, 2016.

                                _____
                                **A. JOE FISH**
                                **Senior United States District Judge**